# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: BLAUL, MICHAEL THOMAS | § | Case No. 12-07716 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    219 S. Dearborn St., 7th Floor, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 01/08/2013 in Courtroom 744, United States Courthouse, 219 S. Dearborn St., 7th Floor, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/26/2012         By:  /s/DEBORAH K. EBNER
                                                                                        Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BLAUL, MICHAEL THOMAS § Case No. 12-07716
§
§
Debtor(s) §

**SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,000.00 |
| *and approved disbursements of* | $ 75.00 |
| *leaving a balance on hand of* [1] | $ 6,925.00 |

**Balance on hand:** $ 6,925.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 6,925.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah K. Ebner | 1,450.00 | 0.00 | 1,450.00 |
| Trustee, Expenses - Deborah K. Ebner | 28.15 | 0.00 | 28.15 |
| Attorney for Trustee, Fees - Deborah K. Ebner, ESQ. | 2,040.00 | 0.00 | 2,040.00 |

Total to be paid for chapter 7 administration expenses: $ 3,518.15
Remaining balance: $ 3,406.85

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 3,406.85 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,406.85 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,131.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 6,244.98 | 0.00 | 1,241.89 |
| 2 | Portfolio Recovery Associates, LLC | 4,379.81 | 0.00 | 870.98 |
| 3 | Portfolio Recovery Associates, LLC | 4,159.40 | 0.00 | 827.15 |
| 4 | Portfolio Recovery Associates, LLC | 1,757.02 | 0.00 | 349.40 |
| 5 | American InfoSource LP as agent for Target | 590.51 | 0.00 | 117.43 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,406.85 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $  0.00
Remaining balance:  $  0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 11,467.40 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Department of Treasury-Internal Revenue Service | 11,467.40 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $  0.00
Remaining balance:  $  0.00

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                                          Case No. 12-07716-ERW
Michael Thomas Blaul                                                            Chapter 7
       Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0752-1           User: lhuley                 Page 1 of 3                   Date Rcvd: Nov 27, 2012
                               Form ID: pdf006              Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2012.
db            +Michael Thomas Blaul,    2601 N. New England,    Chicago, IL 60707-1732
18550820      +Activity Collection SE,    Attn: Bankruptcy Dept.,    664 N Milwaukee Ave,
                Prospect Heights, IL 60070-2300
18550831      +Blatt, Hasenmiller, Leibsker,    & Moore,   125 S. Wacker Dr. Suite 400,    Chicago, IL 60606-4440
18550832     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,     Attn: Bankruptcy Dept.,    Po Box 85520,
                Richmond, VA 23285)
18550807      +Capital ONE BANK,    C/O Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23502-4962
18550828      +Chase-Bp,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
18550801      +Clerk, Chancery,    11CH39596,   50 W. Washington St., Room 802,     Chicago, IL 60602-1305
18550808      +Clerk, First Mun Div,    Doc #09M1199177,   50 W. Washington St., Rm. 1001,
                Chicago, IL 60602-1316
18550811      +Clerk, First Mun Div,    Doc #10M 1119378,   50 W. Washington St., Rm. 1001,
                Chicago, IL 60602-1316
18550805      +Clerk, First Mun Div,    Doc #11M1102854,   50 W. Washington St., Rm. 1001,
                Chicago, IL 60602-1316
18550830      +DuPage County Clerk,    Doc #12 SR 000028,   421 N County Farm Rd.,    Wheaton, IL 60187-3978
18550824      +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
18550825      +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,   Allen, TX 75013-2002
18550806      +Freedman Anselmo Lindberg &,    Rappe LLC,   PO Box 3216,    Naperville, IL 60566-7216
18550804      +HSBC BANK Nevada N.A.,    C/O Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23502-4962
18550797     #+LOU Harris Company,    Attn: Bankruptcy Dept.,    613 Academy Dr,    Northbrook, IL 60062-2420
18550814      +Merchants Credit Guide,    Attn: Bankruptcy Dept.,    223 W Jackson Blvd Ste 4,
                Chicago, IL 60606-6908
18550821      +PNC BANK,   Attn: Bankruptcy Dept.,    4661 E Main St,    Columbus, OH 43213-3298
18550800      +PNC Mortgage,    Attn: Bankruptcy Dept.,   6 N Main St,    Dayton, OH 45402-1908
18781744     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,      c/o Capital One,   POB 41067,
                Norfolk VA 23541)
18550802      +Pierce & Associates,    11CH39596,   1 N. Dearborn St. #1300,    Chicago, IL 60602-4321
18550823      +Pierce & Associates,    Attn: Bankruptcy Department,    1 N. Dearborn St. #1300,
                Chicago, IL 60602-4373
18550796      +State Collection Servi,    Attn: Bankruptcy Dept.,    2509 S Stoughton Rd,    Madison, WI 53716-3314
18550827      +Target NB,   Attn: Bankruptcy Dept.,    Po Box 673,   Minneapolis, MN 55440-0673
18550826      +Transunion,   Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
18550799       U S DEPT OF ED/FISL/CH,    Attn: Bankruptcy Dept.,    P O Box 8422,    Chicago, IL 60605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18874248       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 28 2012 03:00:22
                American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK   73124-8866
18767486       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 28 2012 03:00:22      Capital One Bank (USA), N.A.,
                PO Box 248839,    Oklahoma City, OK   73124-8839
18550803      +E-mail/Text: BKNOTICES@EAFLLC.COM Nov 28 2012 02:48:21      Chase BANK USA  N.A,
                C/O Equable Ascent Financi,    5 Revere Dr,   Northbrook, IL 60062-1566
18550833      +Fax: 773-581-5712 Nov 28 2012 03:06:51      Chicago Firefighters CU,    Bankruptcy Department,
                6230 S. Central,    Chicago, IL 60638-4521
19467868       E-mail/Text: cio.bncmail@irs.gov Nov 28 2012 02:42:04
                Department of Treasury-Internal Revenue Service,     PO Box 7346,    Philadelphia, PA 19101-7346
18550798      +E-mail/Text: bankruptcydepartment@ncogroup.com Nov 28 2012 02:51:09       Directv,   C/O NCO FIN/09,
                507 Prudential Rd,    Horsham, PA 19044-2308
18550813      +Fax: 847-227-2151 Nov 28 2012 05:27:38      Superior Air-Ground Ambulance,    C/O MRSI,
                2250 E Devon Ave Ste 352,    Des Plaines, IL 60018-4521
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18550810*     +Capital ONE BANK,    C/O Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23502-4962
18550822*     +Clerk, Chancery,    11CH39596,   50 W. Washington St., Room 802,     Chicago, IL 60602-1305
18550809*     +Freedman Anselmo Lindberg &,    Rappe LLC,   PO Box 3216,    Naperville, IL 60566-7216
18550812*     +Freedman Anselmo Lindberg &,    Rappe LLC,   PO Box 3216,    Naperville, IL 60566-7216
18550815*     +Merchants Credit Guide,    Attn: Bankruptcy Dept.,    223 W Jackson Blvd Ste 4,
                Chicago, IL 60606-6908
18550816*     +Merchants Credit Guide,    Attn: Bankruptcy Dept.,    223 W Jackson Blvd Ste 4,
                Chicago, IL 60606-6908
18550817*     +Merchants Credit Guide,    Attn: Bankruptcy Dept.,    223 W Jackson Blvd Ste 4,
                Chicago, IL 60606-6908
18550818*     +Merchants Credit Guide,    Attn: Bankruptcy Dept.,    223 W Jackson Blvd Ste 4,
                Chicago, IL 60606-6908
18550819*     +Merchants Credit Guide,    Attn: Bankruptcy Dept.,    223 W Jackson Blvd Ste 4,
                Chicago, IL 60606-6908
```

```
Case 12-07716    Doc 46    Filed 11/27/12    Entered 11/29/12 23:55:04    Desc Imaged
                            Certificate of Notice    Page 6 of 7
```

```
District/off: 0752-1          User: lhuley              Page 2 of 3              Date Rcvd: Nov 27, 2012
                              Form ID: pdf006           Total Noticed: 33
```

```
           ***** BYPASSED RECIPIENTS (continued) *****
18867428*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Recovery Associates, LLC,    c/o Union Plus,    PO Box 41067,
                Norfolk VA 23541)
18550829    ##+BANK OF America,     Attn: Bankruptcy Dept.,    Po Box 1598,    Norfolk, VA 23501-1598
                                                                                       TOTALS: 0, * 10, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 29, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: lhuley               Page 3 of 3               Date Rcvd: Nov 27, 2012
                              Form ID: pdf006            Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2012 at the address(es) listed below:

          Christopher M Brown   on behalf of Creditor  PNC Bank, N.A. northerndistrict@atty-pierce.com,
           cbrown@atty-pierce.com
          Deborah  Kanner Ebner   dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
           admin.assistant@debnertrustee.com
          Deborah K Ebner   on behalf of Trustee Deborah Kanner Ebner dkebner@deborahebnerlaw.com,
           sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
          Linda M Kujaca   on behalf of Trustee Deborah Kanner Ebner lkujaca@aol.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Wylie W Mok   on behalf of Debtor Michael Blaul ndil@geracilaw.com

                                                                                                                    TOTAL: 6