# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: BLAUL, MICHAEL THOMAS                           Case No. 12-07716
_____,          Chapter   7
                    Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                         Assets Exempt: $21,700.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,406.85      Claims Discharged
                                                Without Payment: $52,315.27

Total Expenses of Administration: $3,593.15

---

   3) Total gross receipts of $ 7,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $7,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $330,673.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,593.15 | 3,593.15 | 3,593.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 45,404.00 | 28,599.12 | 28,599.12 | 3,406.85 |
| **TOTAL DISBURSEMENTS** | $376,077.00 | $32,192.27 | $32,192.27 | $7,000.00 |

4) This case was originally filed under Chapter 7 on February 29, 2012. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/03/2013          By: /s/DEBORAH K. EBNER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Debtors 1/2 interest in 2008 Scion | 1129-000 | 3,500.00 |
| 2005 Ford F-250 | 1129-000 | 3,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | PNC Bank | 4110-000 | 223,641.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC | 4110-000 | 106,132.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Firefighters CU | 4110-000 | 900.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$330,673.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah K. Ebner | 2100-000 | N/A | 1,450.00 | 1,450.00 | 1,450.00 |
| Deborah K. Ebner | 2200-000 | N/A | 28.15 | 28.15 | 28.15 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Deborah K. Ebner, ESQ. | 3110-000 | N/A | 2,040.00 | 2,040.00 | 2,040.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$3,593.15** | **$3,593.15** | **$3,593.15** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 6,473.00 | 6,244.98 | 6,244.98 | 1,241.89 |
| 2 | Portfolio Recovery Associates, LLC | 7100-000 | 4,969.00 | 4,379.81 | 4,379.81 | 870.98 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | 4,338.00 | 4,159.40 | 4,159.40 | 827.15 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | 1,911.00 | 1,757.02 | 1,757.02 | 349.40 |
| 5 | American InfoSource LP as agent for Target | 7100-000 | 590.00 | 590.51 | 590.51 | 117.43 |
| 6 | Department of Treasury-Internal Revenue | 7400-000 | N/A | 11,467.40 | 11,467.40 | 0.00 |
| NOTFILED | Merchants Credit Guide | 7100-000 | 512.00 | N/A | N/A | 0.00 |
| NOTFILED | Merchants Credit Guide | 7100-000 | 2,484.00 | N/A | N/A | 0.00 |
| NOTFILED | Merchants Credit Guide | 7100-000 | 372.00 | N/A | N/A | 0.00 |
| NOTFILED | U S DEPT OF ED/FISL/CH | 7100-000 | 3,661.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | State Collection Servi | 7100-000 | 317.00 | N/A | N/A | 0.00 |
| NOTFILED | Merchants Credit Guide | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Superior Air-Ground Ambulance C/O MRSI | 7100-000 | 828.00 | N/A | N/A | 0.00 |
| NOTFILED | Merchants Credit Guide | 7100-000 | 1,554.00 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF America | 7100-000 | 5,083.00 | N/A | N/A | 0.00 |
| NOTFILED | Activity Collection SE | 7100-000 | 1,831.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase BANK USA  N.A C/O Equable Ascent Financi | 7100-000 | 8,477.00 | N/A | N/A | 0.00 |
| NOTFILED | LOU Harris Company | 7100-000 | 343.00 | N/A | N/A | 0.00 |
| NOTFILED | Merchants Credit Guide | 7100-000 | 221.00 | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase-Bp | 7100-000 | 1,179.00 | N/A | N/A | 0.00 |
| NOTFILED | Directv | 7100-000 | 161.00 | N/A | N/A | 0.00 |
| NOTFILED | Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$45,404.00** | **$28,599.12** | **$28,599.12** | **$3,406.85** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-07716  
**Case Name:** BLAUL, MICHAEL THOMAS  

**Period Ending:** 03/03/13

**Trustee:** (330480)   DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 02/29/12 (f)  
**§341(a) Meeting Date:** 03/27/12  
**Claims Bar Date:** 06/27/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Debtors 1/2 interest in 2008 Scion with 50,000miles. Jointon title w/estranged W Denise Branske | 4,205.00 | 6,000.00 | | 3,500.00 | FA |
| 2 | 2601 N New England | 145,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account with Chase | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household Goods: TV DVD player.TV stand, stero, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books,Compact Discs, Tapes/Records, Family Pictu | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | Necessry wearing apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Watch, costume jewelry | 150.00 | 0.00 | DA | 0.00 | FA |
| 8 | Camera | 50.00 | 0.00 | DA | 0.00 | FA |
| 9 | Pension w/Employer/Former Emlployer 100% Exempt | Unknown | 0.00 | DA | 0.00 | FA |
| 10 | Anticapted 2011 Federal & State Income Tax Retur | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2005 Ford F-250 | 8,500.00 | 6,650.00 | | 3,500.00 | FA |
| 12 | 1986 Ford Mustang | 1,700.00 | 1,700.00 | DA | 0.00 | FA |
| 13 | 1995 Chevy Blazer | 454.00 | 454.00 | DA | 0.00 | FA |
| 14 | 2000 Bass Pro Targa, 18ft motor is not working, needs gaskets, fuel lines, engine coils, and carberetours repaired | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| **14** | **Assets  Totals** (Excluding unknown values) | **$164,309.00** | **$16,804.00** | | **$7,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     **Current Projected Date Of Final Report (TFR):**     November 26, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-07716  
**Case Name:** BLAUL, MICHAEL THOMAS  

**Taxpayer ID #:** **-***4204  
**Period Ending:** 03/03/13  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******88-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/18/12 | | Blaul, Michael T | Debtor's non exempt portion of 2008 Scion & 2005 Ford F250 | | | ! 7,000.00 | | 7,000.00 |
| | {1} | | 2008 Scion | 3,500.00 | 1129-000 | | | 7,000.00 |
| | {11} | | 2005 Ford F-250 | 3,500.00 | 1129-000 | | | 7,000.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 6,975.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 6,950.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 6,925.00 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033048088 20130103 | | 9999-000 | | 6,925.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 7,000.00 | 7,000.00 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 6,925.00 | |
| | | | **Subtotal** | | | 7,000.00 | 75.00 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$7,000.00** | **$75.00** | |

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 03/03/2013 04:01 PM    V.13.12

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 12-07716 | | Trustee: | DEBORAH K. EBNER (330480) |
| --- | --- | --- | --- | --- |
| Case Name: | BLAUL, MICHAEL THOMAS | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****744666 - Checking Account |
| Taxpayer ID #: | **-***4204 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/03/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 6,925.00 | | 6,925.00 |
| 01/08/13 | 10101 | Deborah K. Ebner | Dividend paid 100.00% on $1,450.00, Trustee Compensation;  Reference: | 2100-000 | | 1,450.00 | 5,475.00 |
| 01/08/13 | 10102 | Deborah K. Ebner | Dividend paid 100.00% on $28.15, Trustee Expenses;  Reference: | 2200-000 | | 28.15 | 5,446.85 |
| 01/08/13 | 10103 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $2,040.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,040.00 | 3,406.85 |
| 01/08/13 | 10104 | Capital One Bank (USA), N.A. | Dividend paid  19.88% on $6,244.98; Claim# 1; Filed: $6,244.98; Reference: XXXXX2767 | 7100-000 | | 1,241.89 | 2,164.96 |
| 01/08/13 | 10105 | Portfolio Recovery Associates, LLC | Dividend paid  19.88% on $4,379.81; Claim# 2; Filed: $4,379.81; Reference: 52910716755634996 | 7100-000 | | 870.98 | 1,293.98 |
| 01/08/13 | 10106 | Portfolio Recovery Associates, LLC | Dividend paid  19.88% on $4,159.40; Claim# 3; Filed: $4,159.40; Reference: 52911152111862674 | 7100-000 | | 827.15 | 466.83 |
| 01/08/13 | 10107 | Portfolio Recovery Associates, LLC | Dividend paid  19.88% on $1,757.02; Claim# 4; Filed: $1,757.02; Reference: 4788290000793460 | 7100-000 | | 349.40 | 117.43 |
| 01/08/13 | 10108 | American InfoSource LP as agent for Target | Dividend paid  19.88% on $590.51; Claim# 5; Filed: $590.51; Reference: XXXXX2767 | 7100-000 | | 117.43 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,925.00 | 6,925.00 | $0.00 |
| | | | Less: Bank Transfers | | 6,925.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 6,925.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $6,925.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| Checking # 9200-******88-66 | 7,000.00 | 75.00 | 0.00 |
| Checking # ****744666 | 0.00 | 6,925.00 | 0.00 |
| | $7,000.00 | $7,000.00 | $0.00 |

{} Asset reference(s)